1  JULIO RAMOS, (SBN. 189944)
   Attorney at Law
2  35 Grove Street, Suite 107
   San Francisco, California 94102
3  Telephone:    (415) 948-3015
   Facsimile:    (415) 469-9787
4

5              **UNITED STATES DISTRICT COURT**

6              **NORTHERN DISTRICT OF CALIFORNIA**

7                    **SAN FRANCISCO DIVISION**

8

9  AMY HARRINGTON, on behalf of herself )   CIV. N0. 07-5110 (MJJ)
   and all others similarly situated,    )
                                          )   **NOTICE OF MOTION AND MOTION**
10         Plaintiff,                     )   **TO REMAND; MEMORANDUM OF**
                                          )   **POINTS AND AUTHORITIES AND**
11 vs.                                    )   **DECLARATION OF JULIO RAMOS IN**
                                          )   **SUPPORT OF REMAND**
12 MATTEL, INC., a Delaware Corp., and    )
   FISHER-PRICE, INC., a Delaware Corp.,  )   Date: December 11, 2007
13 and DOES 1 through 100, inclusive,     )   Time: 9:30 a.m.
                                          )   Dept.: Courtroom 11
14         Defendants.                    )
                                          )   CLASS ACTION
15 _____ )

16

17         TO DEFENDANTS MATTEL, INC., AND FISHER-PRICE, INC. AND THEIR

18 ATTORNEYS OF RECORD, NOTICE IS HEREBY GIVEN: that on December 11, 2007

19 at 9:30 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located

20 at United States District Court, Northern District of California, 450 Golden Gate Ave., San

21 Francisco, California, in courtroom 11 of the Honorable Martin J. Jenkins, Plaintiffs will and

22 hereby do move the Court for remand of the original <u>Harrington v. Mattel, Inc. et. al.</u>,

23 CGC-07-466376, filed on August 20, 2007 and assigned to San Francisco Superior Court Judge

24 John E. Munter for all purposes.   This case was originally filed on August 20, 2007.   This

25 motion is brought pursuant to 28 U.S.C. Section 1447, on the grounds that Mattel, Inc. has failed

26 to sustain its $_3$ preponderance of the evidence$_4$ burden that the requirements for original

27 jurisdiction in this federal court have been met.   The primary defendant in this action Mattel

28 Inc., has its principal place of business in California and the controversy falls under the

NOTICE OF MOTION AND MOTION TO REMAND

an exception to the Class Action Fairness Act.    Therefore, the federal court does not have subject matter jurisdiction over this case.    Plaintiffs seek attorney's fees against Defendant and its attorneys, pursuant to 28 U.S.C. Section 1447(c) on the ground that Defendants have no reasonable basis for removing the case.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Julio Ramos, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 5, 2007

                                                Respectfully submitted,

By: <u>Julio J. Ramos</u>
    Julio J. Ramos
    Attorney at Law
    35 Grove Street, Suite 107
    San Francisco, California 94102
    Telephone:    (415) 948-3015
    Facsimile:    (415) 469-9787

    Steven M. Nuñez
    Law Offices of Steven M. Nuñez
    3333 Camino Del Rio South, Suite 215
    San Diego, CA 92108
    Telephone:    (619) 296-8400
    Facsimile:    (619) 296-3700

    Attorneys for Plaintiffs