# EXHIBIT A

# News from CPSC

## U.S. Consumer Product Safety Commission
Office of Information and Public Affairs                                   Washington, D.C. 20207

For Immediate Release                        Firm's Recall Hotline: (800) 916-4498
August 2, 2007                               CPSC Recall Hotline: (800) 638-2772
Release #Final 8/2/2007                      CPSC Media Contact: (301) 504-7908

## Fisher-Price Recalls Licensed Character Toys Due To Lead Poisoning Hazard

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer products. Consumers should stop using recalled products immediately unless otherwise instructed. (To access color photos of the following recalled products, see CPSC's Web site at www.cpsc.gov.)

**Name of Products**: Sesame Street, Dora the Explorer, and other children's toys
**Units**: About 967,000
**Importer**: Fisher-Price Inc., of East Aurora, N.Y.
**Hazard**: Surface paints on the toys could contain excessive levels of lead. Lead is toxic if ingested by young children and can cause adverse health effects.
**Incidents/Injuries**: None reported.
**Description**: The recalled involves various figures and toys that were manufactured between April 19, 2007 and July 6, 2007 and were sold alone or as part of sets. The model names and product numbers for the recalled toys, which are all marked with "Fisher-Price," are listed below. The toys also have a date code between 109-7LF and 187-7LF marked on the product.
**Sold at**: Retail stores nationwide from May 2007 through August 2007 for between $5 and $40.
**Manufactured in**: China
**Remedy**: Consumers should immediately take the recalled toys away from children and contact Fisher-Price. Consumers will need to return the product and will receive a voucher for a replacement toy of the consumer's choice (up to the value of the returned product).
**Customer Contact**: For additional information visit the firm's Web site at www.service.mattel.com or contact Fisher-Price at (800) 916-4498.

**Product List:**
33662 ELMO LIGHT UP MUSICAL PAL            33663 ERNIE LIGHT UP MUSICAL PAL
33664 BIG BIRD LIGHT UP MUSICAL PAL        34658 ELMO STACKING RINGS
39038 ELMO TUB SUB                         39054 SESAME STREET SHAPE SORTER
87946 ELMO KEYBOARD                        90267 ERNIE SPLASHIN' FUN TRIKE
90609 ELMO COLLECTIBLE                     90611 COOKIE COLLECTIBLE,
90612 ZOE COLLECTIBLE                      90613 ERNIE COLLECTIBLE
90614 BIG BIRD COLLECTIBLE                 90745 CONSTRUCTION PLAYSET
93068 ELMO BOOM BOX                        93107 ACTION FIRE ENGINE
93307 PRESS N GO ELMO                      93308 REV & GO COOKIE MONSTER
93492 COOKIE SAXOPHONE                     93493  ELMO'S GUITAR
93615 SPLASH TUB PUZZLE                    93780 MUSIC AND LIGHTS PHONE

B7554 COUNT TO BEAT ELMO                   B7888 SHAKE, GIGGLE & ROLL
B7987 ELMO IN THE GIGGLE BOX               B7989 SILLY PARTS TALKING ELMO
B9620 DORA'S TALKING HOUSE

C6908 DORA, BACKPACK, PERRITO FIGURE PACK
C6909 DIEGO FIGURE PACK
C6910 SWIPER FIGURE PACK
C6911 BOOTS, TICO FIGURE PACK
G3825 DORA TALKING VAMONOS VAN
G5112 SING WITH ELMO'S GREATEST HITS
G9717 GIGGLE DOODLER
H2943 GROW WITH ME ELMO SPRINKLER
H3343 COUSIN DAISY
H3344 BIRTHDAY DORA
H5569 ELMO & PALS (ELMO, COOKIE, ERNIE)
H5570 ELMO & PALS (ELMO, ZOE, BIGBIRD)
H4187 DORA FIGURES IN TUBE,
H4628 WATER FUN TOTE
H8236 DORA 3 PACK FIGURES IN TUBE,
H8237 BLUE 3 PACK FIGURES IN TUBE
H8238 SPONGE BOB 3 PACK FIGURES IN TUBE
H9124 CHEF DORA
H9125 BEDTIME DORA
H9186 GIGGLE GRABBER ERNIE
H9188 GIGGLE GRABBER OSCAR THE GROUCH

J0338 DIEGO TALKING FIELD JOURNAL
J0343 GO DIEGO GO ANTARCTIC RESCUE
J0344 GO DIEGO GO DEEP SEA RESCUE
J0345 GO DIEGO GO MOUNTAIN RESCUE
J0346 GO DIEGO GO TALKING RESCUE 4 X 4
J5935 GIGGLE GRABBER SOCCER ELMO
J5936 GIGGLE GRABBER CHEF COOKIE MONSTER
J6537 SESAME STREET GIGGLE TOOLBELT
J6762 QUEEN MAMI
J6763 ROYAL BOOTS AND TICO
J6765 PRINCE DIEGO
J7983 SESAME STREET TUB POTS & PANS
J9518 SESAME STREET GIGGLE DRILL
J9692 DORA'S TALKING PONY PLACE
K0617 TWINS NURSERY
K3414 DIEGO - TALKING GADGET BELT
K3571 GO DIEGO GO MOBILE RESCUE UNIT
K3580 FAIRYTALE ADVENTURE DORA
K4139 GO DIEGO GO DINOSAUR RESCUE
K4140 TOUCAN MOTORCYCLE RESCUE
L0305 DORA FIGURE

L3194 SURPRISE INSIDE DIEGO EGGS
L3215 SESAME STREET ELMO JACK-IN-THE-BOX
L3488 SESAME STREET BIRTHDAY FIGURE PACK
L3507 SESAME STREET - SUPER BOOM BOX
L5202 BIRTHDAY DORA
L5813 DIEGO TUB TRIKE
L8905 PABLO & PALS
M0351 DORA FIGURES DORA & KITTY
M0352 DORA FIGURES DIEGO & BEAR
M0524 GO DIEGO GO TALKING GADGET
M0527 SESAME STREET GIGGLE DOODLER
M0732 DORA'S TALKING HOUSE
M2051 LETS GO RESCUE CENTER
M2052 FAIRYTALE CASTLE




**Above are three examples of the recalled products**