**PROOF OF SERVICE**

I, Julio J. Ramos, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; business address of 35 Grove Street, Suite 107 San Francisco CA. 94102; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. PLAINTIFF"S NOTICE OF MOTION AND MOTION TO REMAND;
2. PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND ;
3. PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION TO REMAND; AND
4. PROOF OF SERVICE

**BY FIRST CLASS MAIL**: I deposited a true copy of each document listed above in with the United States Postal Service prior to 5;00 p.m. on this day to each person named below at the address indicated below.

Elwood Lui
Jones Day
555 California Street, 26th flr.
San Francisco, CA. 94104

Thomas A. Rector
Jones Day
555 California Street, 26th flr.
San Francisco, CA. 94104

Executed November 5, 2007 at San Francisco, California.

Signed _____

-1-

PROOF OF SERVICE