1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct. Executed on November 20, 2007, at San Francisco, California.

*[signature]*
Margaret Landsborough