1  Elwood Lui (SBN 45538)
   elui@jonesday.com
2  Thomas A. Rector (SBN 199175)
   tarector@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Hugh Whiting
   hrwhiting@jonesday.com
7  (pro hac vice application to be filed)
   JONES DAY
8  717 Texas, Suite 3300
   Houston, TX  77002
9  Telephone:    (832) 239-3939
   Facsimile:    (832) 239-3600
10
   Thomas E. Fennell
11 tefennell@jonesday.com
   (pro hac vice application to be filed)
12 Michael L. Rice
   mlrice@jonesday.com
13 (pro hac vice application to be filed)
   JONES DAY
14 2727 N. Harwood St.
   Dallas, TX 75201
15 Telephone:    (214) 220-3939
   Facsimile:    (214) 969-5100
16
   Attorneys for Defendants
17 MATTEL, INC. AND FISHER-PRICE, INC.

18                **UNITED STATES DISTRICT COURT**

19           **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  AMY HARRINGTON, on behalf of herself and all others similarly situated, | |
| 21 | Case No. 07-05110 (MJJ) |
| 22             Plaintiff, | |
| 23        v. | **DECLARATION OF MATTHEW A.** |
| 24  MATTEL, INC. a Delaware Corp., and FISHER-PRICE INC. a Delaware Corp., and | **MEYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO** |
| 25  DOES 1 through 100, inclusive, | **PLAINTIFF'S MOTION TO REMAND** |
| 26             Defendants. | Date: December 11, 2007<br>Time: 9:30 a.m. |
| 27 | Dept.: Courtroom 11 |
| 28 | |

HUI-91247v1

DECLARATION OF MATTHEW A. MEYERS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND
Case No. 07-5110 (MJJ)

I, Matthew A. Meyers, declare as follows:

1. I am an attorney licensed to practice law in the State of Pennsylvania, admitted to the bar of the Western District of Pennsylvania, and one of the attorneys for the Defendants in this Action.

2. In August 2007, I contacted six different blood testing facilities in California from a list of blood testing facilities approved by OSHA to conduct Blood Lead Level ("BLL") Tests.

3. I obtained from each of these six blood testing facilities the cost information for individual BLL Tests.

4. Based upon the information provided to me by the six blood testing facilities in California, the average cost of a single BLL test is in excess of $ 60 per BLL test.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness herein, I could and would testify competently to the facts stated above. Executed this 20th day of November, 2007 in Pittsburgh, Pennsylvania.

By: _____
    Matthew A. Meyers

Attorney for Defendants
Mattel, Inc. and Fisher-Price, Inc.

- 2 -
HUI-91247v1

DECLARATION OF MATTHEW A. MEYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
Case No. 07-5110 (MJJ)

**PROOF OF SERVICE (FOR NON-EFILERS)**

**Amy Harrington, on behalf of herself and all others similarly situated v. Mattel, Inc., a Delaware Corp. and Fisher-Price Inc. a Delaware Corp. and Does 1-100,**

I, Margaret Landsborough, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104.

On November 20, 2007, I caused to be served a copy of the within document(s):

DECLARATION OF MATTHEW A. MEYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND.

☐ by transmitting a true copy of the document(s) listed above via facsimile to the addresses and at the facsimile number(s) set forth below.

☒ by placing a true copy of the document(s) listed above in sealed envelope(s) for deposit with the U.S. Postal Service to the addresses set forth below.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing a true copy of the document(s) listed above in a sealed Federal Express envelope, and affixing a pre-paid air bill, and causing said envelope to be delivered to a Federal Express agent for delivery to the persons at the addresses set forth below.

Steven M. Nunez
Law Offices of Steven Nunez
3333 Camino Del Rio Suite 215
San Diego, CA 92108

Telephone: (619) 296-8400
Facsimile: (619) 296-3700

Attorneys for Plaintiff

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct. Executed on November 20, 2007, at San Francisco, California.

                                                Margaret Landsborough

- 4 -
HUI-91247v1

DECLARATION OF MATTHEW A. MEYERS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND
Case No. 07-5110 (MJJ)