I, Matthew A. Meyers, declare as follows:

1. I am an attorney licensed to practice law in the State of Pennsylvania, admitted to the bar of the Western District of Pennsylvania, and one of the attorneys for the Defendants in this Action.

2. In August 2007, I contacted six different blood testing facilities in California from a list of blood testing facilities approved by OSHA to conduct Blood Lead Level ("BLL") Tests.

3. I obtained from each of these six blood testing facilities the cost information for individual BLL Tests.

4. Based upon the information provided to me by the six blood testing facilities in California, the average cost of a single BLL test is in excess of $60 per BLL test.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness herein, I could and would testify competently to the facts stated above. Executed this 20th day of November, 2007 in Pittsburgh, Pennsylvania.

By: _____
Matthew A. Meyers

Attorney for Defendants
Mattel, Inc. and Fisher-Price, Inc.

- 2 -
HUI-91247v1

DECLARATION OF MATTHEW A. MEYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
Case No. 07-5110 (MJJ)