1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct. Executed on November 20, 2007, at San Francisco, California.

*/s/ M. Landsborough*
Margaret Landsborough

- 4 -
HUI-91247v1

DECLARATION OF MATTHEW A. MEYERS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND
Case No. 07-5110 (MJJ)