JULIO J. RAMOS (SBN 189944)
Attorney at Law
35 Grove Street, Suite 107
San Francisco, California 94102
Telephone:  (415) 948-3015
Facsimile:  (415) 469-9787
ramosfortrustee@yahoo.com

STEVEN M. NUNEZ (SBN 185421) (pro hac vice admission pending)
Law Offices of Steven M. Nunez
3333 Camino Del Rio South, Suite 215
San Diego, CA 92108
Phone (619) 296-8400
Fax (619) 296-3700
snunez12@sbcglobal.net

Attorneys for Plaintiff
Amy Harrington

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware Corp., and FISHER-PRICE, INC., a Delaware Corp., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CIV. N0. 07-5110 (MJJ)<br><br>**DECLARATION OF JULIO J. RAMOS IN FURTHER SUPPORT OF MOTION TO REMAND**<br><br>Date: December 11, 2007<br>Time: 9:30 a.m.<br>Dept.: Courtroom 11 |

I, Julio J. Ramos, declare as follows:

1. I am an attorney licensed to practice law in the State of California. The matters stated below are true of my own knowledge, and if called upon to testify, I could and would testify competently to them.

2. On November 19, 2007 the Attorney General for the State of California and the City Attorney of Los Angeles filed a complaint in Alameda Superior Court against Mattel Inc.

DECLARATION OF JULIO J. RAMOS IN FURTHER SUPPORT OF MOTION TO REMAND

1 and various other Defendants, a true and correct copy of the Complaint downloaded from the
2 Attorney General's website is attached hereto as Exhibit A.
3     I declare under penalty of perjury under the laws of the State of California that the above is
4 true and correct.
5 Executed:   November 27, 2007

                                               By: <u>JULIO J. RAMOS</u>
                                                   Julio J. Ramos

DECLARATION OF JULIO J. RAMOS IN FURTHER SUPPORT OF MOTION TO REMAND