**PROOF OF SERVICE**

I, Julio J. Ramos, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; business address of 35 Grove Street, Suite 107 San Francisco CA. 94102; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. PLAINTIFF"S REPLY IN SUPPORT OF MOTION TO REMAND;
2. DECLARATION OF JULIO J. RAMOS IN SUPPORT OF MOTION TO REMAND;  AND
3. PROOF OF SERVICE

**VIA ELECTRONIC DELIVERY** :  I caused to be delivered a true copy of each document listed above prior to 6;00 p.m. on this day to each person named below at the electronic address indicated below.

Elwood Lui
Jones Day
555 California Street, 26th flr.
San Francisco, CA. 94104
elui@jonesday.com

Hugh Whiting
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
hrwhiting@jonesday.com

Thomas E. Fennel
Jones Day
2727 N. Harwood St.
Dallas, TX 75201
tefennel@jonesday.com

Executed November 28, 2007 at San Francisco, California.

Signed  JULIO J. RAMOS

29880.1

PROOF OF SERVICE