IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| AMY HARRINGTON, | No. C 07-05110 TEH |
| Plaintiff, | **CLERK'S NOTICE VACATING HEARING DATE** |
| v. | |
| MATTEL INC., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the **Motion to Remand**, which has been noticed for hearing on *Tuesday, 12/11/07*, will be decided on the papers submitted without oral argument. Accordingly, the hearing date is hereby VACATED.

Dated:   December 10, 2007                           FOR THE COURT,

                                                     Richard W. Wieking, Clerk

                                                     By: _____
                                                            R. B. Espinosa
                                                            Deputy Clerk