1  Michael L. Rice
   mlrice@jonesday.com
2  JONES DAY
   2727 North Harwood Street
3  Dallas, TX 75201-1515
   Telephone:    (214) 220-3939
4  Facsimile:    (214) 969-5100

5
                        UNITED STATES DISTRICT COURT
6
                       NORTHERN DISTRICT OF CALIFORNIA
7
                             SAN FRANCISCO DIVISION
8

9  | AMY HARRINGTON, on behalf of herself | Case No. 07-05110 (MJJ) |
10 | and all others similarly situated, | |
   | | APPLICATION FOR ADMISSION OF |
11 | Plaintiff, | ATTORNEY *PRO HAC VICE* |
   | | |
12 | v. | SIGNATURE BY FAX |
   | | |
13 | MATTEL, INC, a Delaware Corporation, | |
   | and FISHER-PRICE, INC., a Delaware | |
14 | Corporation, and DOES 1-100, inclusive, | |
   | | |
15 | Defendants. | |

16

17       Pursuant to Civil L.R. 11-3, Michael L. Rice, an active member in good standing of the

18  bar of the State of Texas, hereby applies for admission to practice in the Northern District of

19  California on a *pro hac vice* basis representing Defendants, Mattel, Inc. and Fisher-Price, Inc., in

20  the above-entitled action.

21       In support of this application, I certify on oath that:

22  1.   I am an active member in good standing of a United States Court or of the highest

23       court of another State or the District of Columbia, as indicated above;

24  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

25       Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

26       become familiar with the Local Rules and the Alternative Dispute Resolution

27       programs of this Court; and,

28

DLI-6160927v1                                           APPLICATION FOR ADMISSION OF
                                                        ATTORNEY *PRO HAC VICE* 07-05110 (MJJ)

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas A. Rector
Jones Day
555 California Street, 26th Floor
San Francisco, CA ~~94604~~ 94104
(415) 626-3939

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

_____
Michael L. Rice

DLI-6160027v1

- 2 -

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE 07-05110 (MJJ)