1  Elwood Lui (SBN 45538)
   elui@jonesday.com
2  Thomas A. Rector (SBN 199175)
   tarector@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Hugh Whiting
   hrwhiting@jonesday.com
7  (pro hac vice application to be filed)
   JONES DAY
8  717 Texas, Suite 3300
   Houston, TX 77002
9  Telephone:    (832) 239-3939
   Facsimile:    (832) 239-3600
10
   Thomas E. Fennell
11 tefennell@jonesday.com
   (pro hac vice application to be filed)
12 Michael L. Rice
   mlrice@jonesday.com
13 (pro hac vice application to be filed)
   JONES DAY
14 2727 N. Harwood St.
   Dallas, TX 75201
15 Telephone:    (214) 220-3939
   Facsimile:    (214) 969-5100
16
17 Attorneys for Defendants
   MATTEL, INC. AND FISHER-PRICE, INC.

18                  **UNITED STATES DISTRICT COURT**

19                  **NORTHERN DISTRICT OF CALIFORNIA**

20 AMY HARRINGTON, on behalf of herself and
   all others similarly situated,
21
                                              Case No. C 07 5110 MJJ
22         Plaintiff,
                                              **PROOF OF SERVICE**
23     v.

24 MATTEL, INC. a Delaware Corp., and
   FISHER-PRICE INC. a Delaware Corp., and
25 DOES 1 through 100, inclusive,

26         Defendants.

27

28

SFI-575167v1                                             PROOF OF SERVICE
                                                         CASE NO. C 07 5110 MJJ

## PROOF OF SERVICE

**Amy Harrington, on behalf of herself and all others similarly situated v. Mattel, Inc., a Delaware Corp. and Fisher-Price Inc. a Delaware Corp. and Does 1-100,**

I, Margaret Landsborough, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104.

On December 6, 2007, I caused to be served a copy of the within document(s):

1. APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2. (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

☐ by transmitting a true copy of the document(s) listed above via facsimile to the addresses and at the facsimile number(s) set forth below.

☒ by placing a true copy of the document(s) listed above in sealed envelope(s) for deposit with the U.S. Postal Service to the addresses set forth below.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing a true copy of the document(s) listed above in a sealed Federal Express envelope, and affixing a pre-paid air bill, and causing said envelope to be delivered to a Federal Express agent for delivery to the persons at the addresses set forth below.

Julio Ramos (SBN 189944)           Attorneys for Plaintiff
Attorney at Law
35 Grove Street, Suite 103
San Francisco, CA 94102
Telephone: (415) 948-3015
Facsimile: (415) 469-9787

| | |
|---|---|
| Steven M. Nunez (SBN 185421)<br>Law Offices of Steven Nunez<br>3333 Camino Del Rio Suite 215<br>San Diego, CA 92108<br>Telephone: (619) 296-8400<br>Facsimile: (619) 296-3700 | Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 6, 2007, at San Francisco, California.

*[signature]*
Margaret Landsborough