UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation, and FISHER-PRICE, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 07-05110 (MJJ)<br><br>(~~PROPOSED~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael L. Rice, an active member in good standing of the bar of the State of Texas, whose business address and telephone number is 2727 North Harwood Street, Dallas, TX 75201; (214) 220-3939, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants, Mattel, Inc. and Fisher-Price, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 11, 2007

_____
United States District Judge