| | |
|---|---|
| 1 | Elwood Lui (SBN 45538) |
|   | elui@jonesday.com |
| 2 | Thomas A. Rector (SBN 199175) |
|   | tarector@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:    (415) 626-3939 |
| 5 | Facsimile:     (415) 875-5700 |
| 6 | Hugh Whiting |
|   | hrwhiting@jonesday.com |
| 7 | (pro hac vice application to be filed) |
|   | JONES DAY |
| 8 | 717 Texas, Suite 3300 |
|   | Houston, TX  77002 |
| 9 | Telephone:    (832) 239-3939 |
|   | Facsimile:     (832) 239-3600 |
| 10 | |
|   | Thomas E. Fennell |
| 11 | tefennell@jonesday.com |
|   | (pro hac vice application to be filed) |
| 12 | Michael L. Rice |
|   | mlrice@jonesday.com |
| 13 | (admitted pro hac vice) |
|   | JONES DAY |
| 14 | 2727 N. Harwood St. |
|   | Dallas, TX 75201 |
| 15 | Telephone:    (214) 220-3939 |
|   | Facsimile:     (214) 969-5100 |
| 16 | |
|   | Attorneys for Defendants |
| 17 | MATTEL, INC. AND FISHER-PRICE, |
|   | INC. |
| 18 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 07-05110 (MJJ) |
| v. | **DEFENDANTS' REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION REGARDING DECEMBER 18, 2007 MULTIDISTRICT LITIGATION TRANSFER ORDER** |
| MATTEL, INC. a Delaware Corp., and FISHER-PRICE INC. a Delaware Corp., and DOES 1 through 100, inclusive, | |
| Defendants. | |

1  Pursuant to Local Rule 7-3(d), defendants Mattel, Inc. and Fisher-Price Inc. request leave of the Court to file the Supplemental Declaration of Thomas A. Rector Regarding December 18, 2007 Multidistrict Litigation Transfer Order. Defendants make this request to keep the Court abreast of developments before the Judicial Panel on Multidistrict Litigation (the "JMPL") following plaintiff's motion to remand.[1]

As set forth in defendants' opposition to plaintiff's motion to remand, this action is one of now 22 duplicative and overlapping class actions pending in federal district courts. On September 5, 2007, defendants filed a motion with the JPML to have the cases coordinated in the Central District of California for pretrial proceedings. Defendants filed a Notice of Potential Tag-Along Actions to have this action coordinated there as well. *See* Suppl. Rector Decl., Ex. 1.

Yesterday, on December 18, 2007, the JPML issued a Transfer Order granting defendants' motion and transferring eleven of the federal cases to the Central District of California for coordinated pretrial proceedings. *See* Suppl. Rector Decl., Ex. 2. This case and six other federal cases are identified in the Transfer Order as potential "tag-along" cases and subject to coordination in the Central District of California under JPML Rules. *Id.* at n.2.

Dated: December 19, 2007

Respectfully submitted,
JONES DAY

By: /s/ Thomas A. Rector
    Thomas A. Rector

Attorney for Defendants
Mattel, Inc. and Fisher-Price, Inc.

---

[1] Plaintiffs' motion for remand was set for hearing on December 11. On December 10, the Court vacated the hearing and ordered that the motion to remand would be decided on the papers (*see* Docket # 20) and the motion is now pending before the Court.