Elwood Lui (SBN 45538)
elui@jonesday.com
Thomas A. Rector (SBN 199175)
tarector@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Hugh Whiting
hrwhiting@jonesday.com
(pro hac vice application to be filed)
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600

Thomas E. Fennell
tefennell@jonesday.com
(pro hac vice application to be filed)
Michael L. Rice
mlrice@jonesday.com
(admitted pro hac vice)
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Telephone:    (214) 220-3939
Facsimile:    (214) 969-5100

Attorneys for Defendants
MATTEL, INC. AND FISHER-PRICE,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMY HARRINGTON, on behalf of herself
and all others similarly situated,

        Plaintiff,

    v.

MATTEL, INC. a Delaware Corp., and
FISHER-PRICE INC. a Delaware Corp., and
DOES 1 through 100, inclusive,

        Defendants.

Case No. 07-05110 (MJJ)

**SUPPLEMENTAL DECLARATION OF
THOMAS A. RECTOR REGARDING
DECEMBER 18, 2007 MULTIDISTRICT
LITIGATION TRANSFER ORDER**

SFI-576133v1

Supp. Rector Dec. Re MDL Transfer Order
Case No. 07-05110 (MJJ)

1    I, Thomas A. Rector, declare:

2        1.    I am counsel for defendants Mattel, Inc. and Fisher-Price Inc.  The facts set forth

3    herein are known to me personally.

4        2.    Attached hereto as Exhibit 1 is defendants' Notice of Potential Tag-Along Actions

5    filed with the Judicial Panel on Multidistrict Litigation on October 9, 2007.

6        3.    Attached hereto as Exhibit 2 is a December 18, 2007 Transfer Order from the

7    Judicial Panel on Multidistrict Litigation, transferring class actions filed following defendants'

8    voluntary toy recalls to the Central District of California for coordinated pretrial proceedings.

9        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

10   December 19, 2007 in San Francisco, California.

11

12               By:_____/s/ Thomas A. Rector_____
                          Thomas A. Rector

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supp. Rector Dec. Re MDL Transfer Order
Case No. 07-05110 (MJJ)