**Exhibit 1**

RECEIVED
CLERK'S OFFICE

2007 OCT -9 P 3: 51

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| In re Mattel Toy Recall Litigation | § | MDL Docket No. 1897 |
|---|---|---|

### DEFENDANTS' NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rules 7.2(i) and 7.5(d) and (e), Defendants Mattel, Inc. and Fisher-Price, Inc. submit notice of the following four potential tag-along actions.

*Amy Harrington, on behalf of herself and all others similarly situated vs. Mattel Inc. and Fisher-Price, Inc.*, pending in United States District Court for the Northern District of California, Civil Action No. 07-5110 and assigned to United States District Judge Martin J. Jenkins.

*Megan and Morgan Powell, by and through their Guardians ad Litem Adrian and Michael Powell, Kristina Hartnett, a minor, by and through her Guardian ad Litem Michelle Hartnett, Christopher Coulter, a minor, by and through his Guardian ad Litem Craig Coulter; Individually and on behalf of themselves and all others similarly situated vs. Mattel, Inc., Fisher-Price, Inc., Mattel Overseas, Inc., Mattel Sales Corp., Mattel Direct Import, Inc., Mattel Operations, Inc., and Fisher-Price, Inc.*, pending in United States District Court for the Central District of California, Civil Action No. 07-06517 and assigned to United States District Judge George Wu.[1]

---

[1] Pursuant to the Local Rules of the United States District Court of the Central District of California, Defendants have filed Notices of Related Cases in the *Powell, Healy and Rusterholtz* lawsuits, and the local rules indicate that those three lawsuits should be transferred to Judge Dale S. Fischer, who is also presiding over the *Mayhew, White, Luttenberger, Puerzer* and *Shah* lawsuits.

DLI-6145142v1

*Raina Healy, Individually and on Behalf of All Others Similarly Situated vs. Mattel, Inc.*, pending in United States District Court for the Central District of California, Civil Action No. 07-6341 and assigned to United States District Judge Christina A. Snyder.[2]

*Stacy Rusterholtz vs. Mattel, Inc.*, pending in United States District Court for the Central District of California, Civil Action No. 07-6297 and assigned to United States District Judge Philip S. Gutierrez.[3]

The *Harrington, Powell and Healy* lawsuits were initially filed in California Superior Court (two in Los Angeles County and one in San Francisco County). Defendants have now removed those lawsuits to the indicated federal courts. The *Rusterholtz* lawsuit was originally filed in the Central District of California. Each lawsuit asserts claims similar to those made in the previously filed federal lawsuits.

---

[2] The *Healy* lawsuit contains allegations regarding both the lead paint and magnet related toy product recalls.

[3] The *Rusterholtz* complaint contains allegations regarding the magnet related toy product recalls.

October 9, 2007

                        Respectfully submitted,

                        *Hugh Whiting /MR*
                        Hugh R. Whiting
                        JONES DAY
                        717 Texas, Suite 3300
                        Houston, TX 77002
                        Telephone: (832) 239-3939
                        Facsimile: (832) 239-3600
                        Email: hrwhiting@jonesday.com

                        Thomas E. Fennell
                        Michael L. Rice
                        JONES DAY
                        2727 N. Harwood St.
                        Dallas, TX 75201
                        Telephone: (214) 220-3939
                        Facsimile: (214) 969-5100
                        Emails: tefennell@jonesday.com
                                 mlrice@jonesday.com

                        Attorneys for Defendants Mattel, Inc.,
                        Fisher-Price, Inc., and Target Corporation

**Exhibit 2**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MATTEL, INC., TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION     MDL No. 1897

TRANSFER ORDER

**Before the entire Panel**[*]: Defendants Mattel, Inc. (Mattel) and Fisher-Price, Inc., and plaintiffs in three actions have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Central District of California. Plaintiffs in the District of South Carolina action support centralization, but suggest the District of South Carolina as transferee district. Plaintiffs in the Southern District of New York actions support centralization, but suggest the Southern District of New York as transferee district. Plaintiff in the Eastern District of Pennsylvania *Monroe* action opposes the inclusion of her action in MDL No. 1897 proceedings.

This litigation currently consists of eleven actions listed on Schedule A and pending in five districts as follows: five actions in the Central District of California; two actions each in the Southern District of New York and the Eastern District of Pennsylvania; and one action each in the Southern District of Indiana and the District of South Carolina.[1]

On the basis of the papers filed and hearing session held, we find that these eleven actions involve common questions of fact, and that centralization under Section 1407 in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share questions of fact relating to the production of defendants' toys in China with surface paints that allegedly contain elevated levels of lead and the sale of those toys in the United States. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

The Eastern District of Pennsylvania *Monroe* plaintiff argues that inclusion of her action is not appropriate, because, *inter alia*, her action seeks only medical monitoring. We respectfully disagree. Like *Monroe*, most of the actions before us seek medical monitoring. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall

---

[*] Judge Scirica did not participate in the decision of this matter.

[1] The Panel has been notified that seven other related actions have been filed, five in the Central District of California, and one each in the Northern District of California and the District of District of Columbia. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

benefit of the parties and the judiciary.

We are persuaded that the Central District of California is an appropriate transferee forum for this litigation. The first-filed action is pending there. In addition, because defendant Mattel is headquartered within this district, relevant documents and witnesses may be found in the Los Angeles vicinity.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Dale S. Fischer for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica*

IN RE: MATTEL, INC., TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　MDL No. 1897

## SCHEDULE A

### Central District of California

Ann L. Mayhew, etc. v. Mattel, Inc., et al., C.A. No. 2:07-5126
Nicole B. White, et al. v. Mattel, Inc., et al., C.A. No. 2:07-5366
Adam Luttenberger, etc. v. Mattel, Inc., et al., C.A. No. 2:07-5539
Heather Davis Puerzer, et al. v. Mattel, Inc., et al., C.A. No. 2:07-5661
Nisha Shah v. Fisher-Price, Inc., et al., C.A. No. 2:07-5960

### Southern District of Indiana

Steve Sarjent, et al. v. Fisher-Price, Inc., et al., C.A. No. 1:07-1060

### Southern District of New York

Farrah Shoukry v. Fisher-Price, Inc., et al., C.A. No. 1:07-7182
Seth Goldman v. Fisher-Price, Inc., et al., C.A. No. 1:07-7764

### Eastern District of Pennsylvania

Nydia Monroe, etc. v. Mattel, Inc., C.A. No. 2:07-3410
Jacob Chow, et al. v. Mattel, Inc., et al., C.A. No. 2:07-3741

### District of South Carolina

Daniel S. Hughey, et al. v. Fisher-Price, Inc., et al., C.A. No. 2:07-2930