| | |
|---|---|
| 1 | Elwood Lui (SBN 45538) |
|   | elui@jonesday.com |
| 2 | Thomas A. Rector (SBN 199175) |
|   | tarector@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:  (415) 626-3939 |
| 5 | Facsimile:   (415) 875-5700 |
| 6 | Hugh Whiting |
|   | hrwhiting@jonesday.com |
| 7 | (pro hac vice application to be filed) |
|   | JONES DAY |
| 8 | 717 Texas, Suite 3300 |
|   | Houston, TX  77002 |
| 9 | Telephone:  (832) 239-3939 |
|   | Facsimile:   (832) 239-3600 |
| 10 | |
|    | Thomas E. Fennell |
| 11 | tefennell@jonesday.com |
|    | (pro hac vice application to be filed) |
| 12 | Michael L. Rice |
|    | mlrice@jonesday.com |
| 13 | (pro hac vice application to be filed) |
|    | JONES DAY |
| 14 | 2727 N. Harwood St. |
|    | Dallas, TX 75201 |
| 15 | Telephone:  (214) 220-3939 |
|    | Facsimile:   (214) 969-5100 |
| 16 | |
|    | Attorneys for Defendants |
| 17 | MATTEL, INC. AND FISHER-PRICE, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated, | Case No. C 07 5110 MJJ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MATTEL, INC. a Delaware Corp., and FISHER-PRICE INC. a Delaware Corp., and DOES 1 through 100, inclusive, | |
| Defendants. | |

SFI-571062v1

PROOF OF SERVICE
CASE NO. C 07 5110 MJJ

## PROOF OF SERVICE (FOR NON-EFILERS)

I, Margaret Landsborough, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, CA 94104.

On December 19, 2007, I caused to be served a copy of the within document(s):

**Defendants' Request for Leave to File Supplemental Declaration Regarding December 18, 2007 Multidistrict Litigation Transfer Order** and **Supplemental Declaration of Thomas A. Rector Regarding December 18, 2007 Multidistrict Litigation Transfer Order**

☐ by transmitting a true copy of the document(s) listed above via facsimile to the addresses and at the facsimile number(s) set forth below.

☒ by placing a true copy of the document(s) listed above in sealed envelope(s) for deposit with the U.S. Postal Service to the addresses set forth below.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing a true copy of the document(s) listed above in a sealed Federal Express envelope, and affixing a pre-paid air bill, and causing said envelope to be delivered to a Federal Express agent for delivery to the persons at the addresses set forth below.

Steven M. Nunez (SBN 185421)          Attorneys for Plaintiff
Law Offices of Steven Nunez
3333 Camino Del Rio Suite 215
San Diego, CA 92108
Telephone: (619) 296-8400
Facsimile: (619) 296-3700

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 19, 2007, at San Francisco, California.

_M. Landsborough_
Margaret Landsborough