Julio J. Ramos (SBN 189944)
ramosfortrustee@yahoo.com
35 Grove Street, Suite 107
San Francisco, California 94102
Telephone: (415) 948-3015
Facsimile: (415) 469-9787

Attorney for Plaintiff
AMY HARRINGTON

Elwood Lui (SBN 45538)
elui@jonesday.com
Thomas A. Rector (SBN 199175)
tarector@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
MATTEL, INC. AND FISHER-PRICE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTEL, INC. a Delaware Corp., and FISHER-PRICE INC. a Delaware Corp., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 07-05110 (MJJ)<br><br>**JOINT REPORT ON PROCEEDINGS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND RESPONSE TO ORDER RE ADR CERTIFICATION**<br><br>  AND ORDER |

The parties are in receipt of the Court's Notice Re Noncompliance With Court Order (Docket # 27) regarding the ADR certification. In response, the parties respectfully submit the following joint report on the status of proceedings before the Judicial Panel on Multidistrict Litigation ("JPML"). In sum, this action will be transferred to the Central District of California for coordinated or consolidated proceedings on or about January 18, 2008.

On December 18, 2007, the JPML entered a Transfer Order transferring six actions for coordination or consolidation with five actions already pending in the Central District of California. *See* Exhibit A. In addition, the JPML designated this case as a potential tag-along action under Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict

1  Litigation. *Id.* at n.1.  Accordingly, on January 3, 2008, the JPML issued a Conditional Transfer

2  Order transferring this action to the Central District of California.  *See* Exhibit B.

3      Notice of Opposition to the Conditional Transfer Order is due on or before January 18,

4  2008.  None of the parties to this action intend to object to the transfer.  Therefore, because no

5  party intends to object, this action will be made part of the MDL proceeding and transferred to the

6  Central District of California as soon as the fifteen day period to object expires.

7      For this reason, unless otherwise directed by the Court, the parties do not intend to submit

8  ADR certification or prepare a Rule 26(f) Report (currently due January 15) for this individual

9  case and would request that the Case Management Conference scheduled for January 22 be taken

10 off calendar.

11 Dated:   January 11, 2008

12 Respectfully submitted,                                    Respectfully submitted,

15 By: /s/ Julio J. Ramos___                              By: /s/ Thomas A. Rector__
       Julio J. Ramos                                                          Thomas A. Rector

16 Attorney for Plaintiff                                          Attorney for Defendants
    Amy Harrington                                               Mattel, Inc. and Fisher-Price, Inc.



IT IS SO ORDERED
Judge Martin J. Jenkins
1/17/2008